ARTHUR BARROW, Appellant, *v.* FORTY-SECOND STREET, MANHATTANVILLE AND ST. NICHOLAS AVENUE RAILWAY COMPANY, Respondent.

PER CURIAM: The proofs adduced on the trial were sufficient upon which to predicate liability in negligence, and, therefore, the complaint should not have been dismissed. The judgment and order appealed from should be reversed, with costs, and the verdict rendered in favor of the appellant should be reinstated.

Present — Martin, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.

Judgment and order reversed, with costs, and the verdict reinstated.

JACOB B. SCHULMAN, Respondent, *v.* ADELA RIGA, Also and/or Formerly Known as ADELA KAUFMAN, and Others, Appellants.

PER CURIAM: The verdict of the jury in favor of the plaintiff was against the weight of the evidence and is probably accounted for by the many references of plaintiff's counsel to extraneous matters.

The judgment should be reversed and a new trial ordered, with costs to the appellants to abide the event.

Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

Judgment reversed and a new trial ordered, with costs to the appellants to abide the event.